AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Mark Fitzhenry, *individually and on behalf of a class of all persons and entities similarly situated*, )
    Plaintiff(s), )
                                                                                                  )      2:19-cv-02993-SAL
vs )
Independent Home Products LLC, )
    Defendant(s). )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that  *(check one)*:

☐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%,  along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: final judgment is entered as outlined in the Final Approval Order and Permanent Injunction. This action is dismissed on the merits with prejudice, without fees or costs to any Party, except as provided in the Settlement Agreement.

This action was  *(check one)*:
☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by Judge_____without a jury and the above decision was reached, rendered a verdict.

✔ decided by the Honorable Sherri A. Lydon, United States District Judge, granting the Plaintiff's Motion for Final Approval of Class Action Settlement and Incorporated Memorandum in Support.

CLERK OF COURT

March 2, 2021                                    By: s/Leah S. Gibbons
                                                                                         Deputy Clerk